MARINE NAT. BANK OF BUFFALO, Respondent. v. GREENE, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 3, 1906.) Action by the Marine National Bank of Buffalo against Walter D. Greene, impleaded, etc. No opinion. Judgment affirmed, with costs.
(110 App. Div. 920)